Peter E. Zimnis/PZ7945
1245 Whitehorse Mercerville Rd 412
Trenton, NJ 08619
609-581-9353
Attorney for Debtor(s)

_____

| | | |
|---|---|---|
| PETER SEID | : | UNITED STATES BANKRUPTCY COURT |
| TRACEY SEID | : | DISTRICT OF NEW JERSEY |
| | : | CHAPTER 13 |
| Debtors | : | CASE NO. 15-18870/KCF |
| : | | |
| | : | NOTICE OF MOTION TO RECLASSIFY |
| | : | CLAIM |
| _____ | : | ORAL ARGUMENT: Waived unless opposed |

TO: All parties on attached service list

   PLEASE TAKE NOTICE that on **December 9, 2015, at 9:00 a.m.,** or as soon thereafter as counsel may be heard, the undersigned will apply to the Honorable Judge presiding at such time, sitting at the United States Bankruptcy Court located at 402 East State Street, Trenton New Jersey for an Order reclassifying the claims heretofore filed in these proceedings or listed in the claims register as set forth in the attached Exhibit A for the reasons indicated pursuant to the applicable provisions of the Rules of Bankruptcy Procedure.

   In support of this motion, the moving party will rely upon the information contained in attached documents along with arguments of counsel and testimony to be produced at the time aforesaid hearing.

   Any opposition must be filed with the Court and served upon all parties at least seven days prior to the scheduled Court date or the motion will be deemed uncontested.

                              Law Offices of Peter E. Zimnis
                              Counsel for Debtor(s)

                               _/s/ John Zimnis, Esq._

   Dated: