Peter E. Zimnis/PZ7945
1245 Whitehorse Mercerville Rd 412
Trenton, NJ 08619
609-581-9353
Attorney for Debtor

_____

| | | |
|---|---|---|
| PETER SEID | : | UNITED STATES BANKRUPTCY COURT |
| TRACEY SEID | : | DISTRICT OF NEW JERSEY |
| | : | CHAPTER 13 |
| Debtors | : | CASE NO. 15-18870/KCF |
| | : | |
| | : | CERTIFICATION IN SUPPORT OF DEBTOR'S |
| | : | MOTION TO RECLASSIFY CLAIM |
| | : | |
| _____ | : | ORAL ARGUMENT: Waived unless opposed |

PETER SEID and TRACEY SEID, of full age, being duly sworn upon their oath and according to law, depose and say:

1. We are the debtors for the above-captioned case. We are fully familiar with this case and duly authorized to make this certification to reclassify a proof of claim.

2. I have reviewed the claim of creditor and based upon my review, I believe that the claim of creditor should be set as follows:

Name of creditor:                    Cavalry assignee of Capital One  (POC #18)
Amt. of Claim and Classification:    $6,320.00 secured & $2982.85 unsecured
Amount to be allowed:                $9302.85
Classification to be allowed:        general unsecured
Reason for change, if any:           I am no longer in possession of the Yamaha.

3. It is respectfully requested that this Court enter the proposed form of Order reclassifying the claims as set forth above.


        /s/ Peter Seid_____                    _/s/ Tracey Seid_____

Date: