UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on December 14, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PETER SEID
TRACEY SEID
   Debtors

CHAPTER 13

CASE NO. 15-18870

ADV NO.

HEARING DATE

JUDGE Kathryn C. Ferguson

ORDER RECLASSIFYING PROOF OF CLAIM

The relief set forth on the following pages, numbered __ through ___ is hereby ORDERED

**DATED: December 14, 2015**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:           Peter & Tracey Seid
Case No.          15-18870/KCF
Caption of Order: Order Reclassifying Proof of Claim

At Trenton in the said District

This matter being opened to the Court by Peter E. Zimnis, attorney for the debtor(s), and

It appearing that a Notice of Motion has heretofore been circulated to certain of the alleged creditors of the debtors seeking to reduce the claims, and

It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the debtors and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

It is on this day ORDERED AND ADJUDGED as follows, to wit:

The claim number 18 filed on behalf of Cavalry assignee of Capital One is reclassified to general unsecured.